UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUAN PABLO MARTINEZ,

    Plaintiff,

v.

WAPATO CITY POLICE DEPARTMENT, YAKIMA COUNTY DEPARTMENT OF CORRECTIONS,

    Defendants.

NO: 1:14-cv-03060-RMP

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION

By Order filed June 25, 2014, the Court directed Mr. Martinez to comply with the filing fee requirements of 28 U.S.C. § 1915(a)(2), or to pay the filing fee under 28 U.S.C. § 1914, ECF No. 5. Mail sent to Mr. Martinez at the Yakima County Jail was returned as undeliverable. The District Court Executive attempted but was unable to find a current address for Mr. Martinez.

Plaintiff has failed to keep the Court apprised of his address. Plaintiff was cautioned that failure to comply with the Order would result in the dismissal of this action. Therefore, **IT IS ORDERED** Plaintiff's application to proceed *in forma*

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 1

*pauperis*, ECF No. 2, is **DENIED** and this action is **DISMISSED without prejudice,** for failure to comply with the filing fee provisions of 28 U.S.C. §§ 1914(a) and 1915(b).

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address, and **close the file**.

The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 28th day of July 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge
