AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JUAN PABLO MARTINEZ,<br>*Plaintiff*<br>v.<br>WAPATO CITY POLICE DEPARTMENT,<br>YAKIMA COUNTY DEPARTMENT OF CORRECTIONS,<br>*Defendant* | Civil Action No. 1:14-cv-03060-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's application to proceed in forma pauperis, ECF No. 2, is DENIED and this action is DISMISSED without prejudice, for failure to comply with the filing fee provisions of 28 U.S.C. §§ 1914(a) and 1915(b).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: July 28, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia